HARRY BOYARSKY, as Administrator, etc., of NELLIE BOYARSKY, Deceased, Respondent, v. ISADORE A. APPLEMAN, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $11,603.45; in which event the judgment as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Finch and Martin, JJ.; Merrell and Martin, JJ., dissent and vote for reversal and a new trial.

HOWARD O. WOOD, Appellant, v. BING & BING, INC., and Others, Respondents, Impleaded with Others, Defendants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES N. LEBAUER, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Martin, JJ.

In the Matter of the Transfer Tax upon the Estate of STEPHEN K. REED, Deceased.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Martin, JJ.

SIGMUND GUTFREUND and Another, Copartners, etc., Appellants, v. THE EAST RIVER NATIONAL BANK, Respondent, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Martin, JJ.

SIGMUND GUTFRUEND and Another, Copartners, etc., Appellants, v. THE EAST RIVER NATIONAL BANK, Respondent, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Martin, JJ.

SIGMUND GUTFREUND and Another, Copartners, etc., Appellants, v. THE EAST RIVER NATIONAL BANK and Others, Defendants, Impleaded with FEDERAL RESERVE BANK OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Martin, JJ.

SIGMUND GUTFREUND and Another, Copartners, etc., Appellants, v. THE EAST RIVER NATIONAL BANK and Others, Defendants, Impleaded with FIRST NATIONAL BANK OF MOUNT VERNON, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Martin, JJ.

HENRY ARTHUR CASSEBEER, Appellant, v. ELEANOR GENEVIEVE CASSEBEER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and Martin, JJ.

McGRAW-HILL COMPANY, INC., and Another, Respondents, v. STUART D. LANSING and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

MARY SHAW WHITTAKER, Respondent, v. PERCIVAL J. H. WHITTAKER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.